# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUES FEARENCE,<br><br>        Petitioner,<br>    vs.<br>R. GROUNDS, Warden,<br><br>        Respondent.<br>_____ | Case No. CV 14-4368 PA (MRW)<br><br>JUDGMENT |

Pursuant to this Court's Order,

IT IS ADJUDGED that the petition is dismissed without prejudice.

DATE: July 22, 2014          _____
                                                    HON. PERCY ANDERSON
                                                    UNITED STATES DISTRICT JUDGE